IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| TRAE CARDWELL, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:23-cv-00433 |
| | ) |
| v. | ) Judge Eli Richardson |
| | ) Magistrate Judge Alistair Newbern |
| THE METROPOLITAN | ) |
| GOVERNMENT OF NASHVILLE AND | ) JURY DEMAND |
| DAVIDSON COUNTY, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR DISMISSAL OF DEFENDANT WILLIAM THOMAS

Pursuant to Fed. R. Civ. P. 21 Plaintiff Trae Cardwell, and Defendant Metropolitan Government of Nashville and Davidson County, Tennessee ("Metropolitan Government"), move for the dismissal of Defendant William Thomas. "No claim may be brought against an employee…for damages for which the immunity of the governmental entity is removed…" Tenn. Code Ann.§ 29-20-310(b). Governmental immunity is removed for injuries proximately caused by the negligent act of an employee acting within the scope of his employment. Tenn. Code Ann. § 29-20-205. While the Metropolitan Government denies any negligence on the part of Mr. Thomas, Mr. Thomas was in the course and scope of his employment with the Metropolitan Government at the time of the incident at issue in Plaintiff's Complaint. Additionally, there are no facts alleged that Mr. Thomas acted intentionally. Based on that, the Metropolitan Government does not intend to assert that Mr. Thomas acted intentionally. Accordingly, all negligence claims set out against Defendant Thomas are properly directed at the Metropolitan Government. The parties request that the claims against William Thomas be dismissed without prejudice and that the sole defendant be the Metropolitan Government.

**Respectfully Submitted by**:

THE DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY
WALLACE W. DIETZ (#9949)
DIRECTOR OF LAW


*/s/Melissa Roberge*
MELISSA ROBERGE (#26230)
SENIOR COUNSEL
Metropolitan Courthouse, Suite 108
Post Office Box 196300
Nashville, Tennessee 37219-6300
Tel: (615) 862-6341
Fax: (615) 862-6352
Melissa.Roberge@nashville.gov

*Attorney for Defendant Metropolitan Government*


/s/R.Alex Thomason w/permission MSR
THOMAS N. KERRICK[1] (KY #38265)
R. ALEX THOMASON (#36227)
KERRICK BACHERT, PSC
1025 State Street
Bowling Green, KY 42101
Tel: 270-782-8160
Fax: 270-782-5856
tkerrick@kerricklaw.com
athomason@kerricklaw.com
*Attorneys for Plaintiff*

---

[1] Motion to appear *pro hac vice* pending.

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing has been served via the court's electronic filing system on all parties registered, and to any non-registered parties by U.S. Mail, specifically:

    Thomas N. Kerrick (KY #38265)
    R. Alex Thomason (#36227)
    Kerrick Bachert, PSC
    1025 State Street
    Bowling Green, KY 42101
    Tel: 270-782-8160
    Fax: 270-782-5856
    tkerrick@kerricklaw.com
    athomason@kerricklaw.com
    *Attorneys for Plaintiff*

on this the 8th day of June 2023.

                                            /s/Melissa Roberge
                                            Melissa Roberge