IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRAE CARDWELL, ) | |
| ) | |
| Plaintiff, ) | NO. 3:23-cv-00433 |
| ) | |
| v. ) | JUDGE RICHARDSON |
| ) | |
| THE METROPOLITAN GOVERNMENT ) | |
| OF NASHVILLE AND DAVIDSON ) | |
| COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Pending before the Court is Plaintiff Trae Cardwell and Defendant Metropolitan Government of Nashville and Davidson County, Tennessee's "Motion for Dismissal of Defendant William Thomas." (Doc. No. 11, "Motion"). The Motion, filed pursuant to Fed. R. Civ. P. 21, requests that claims against Defendant William Thomas be dismissed without prejudice.

Rule 21 does not provide a particular standard for dropping a party, except to say that a court may add or drop a party at any time "on just terms." Fed. R. Civ. P. 21. The decision to drop a party is within the discretion of the court. *Carden v. Klucznik*, 775 F. Supp. 2d 247, 251 (D. Mass. 2011). Here, the Court has little difficulty concluding that the interests of justice support dropping the party as requested, given both its potential for increasing judicial efficiency in resolving this dispute and the absence of any objection. Plaintiff's claims against Defendant William Thomas are hereby **DISMISSED** without prejudice.

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE