# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TRAE CARDWELL, | ) |
| Plaintiff, | ) |
| | ) Case No. 3:23-CV-00433 |
| v. | ) |
| | ) Judge Eli Richardson |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, | ) Magistrate Judge Alistair E. Newbern |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Trae Cardwell, and Defendant Metropolitan Government of Nashville & Davidson County, Tennessee, (collectively, "the Parties"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A), being in agreement that they have fully and completely resolved any and all claims between them, including without limitation any claim, counterclaim, or defense of any kind or nature which has been asserted or which could have been asserted herein, now submit this Joint Stipulation of Dismissal with Prejudice. Additionally, the parties agree that the previous dismissal of William Thomas without prejudice (Doc. No. 21) should be converted to a dismissal with prejudice. The Parties further stipulate and agree that each party shall be responsible for the party's own costs, including discretionary costs, in this action.

{N0571666.1}   1

Respectfully submitted,

THE DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY
WALLACE W. DIETZ (#9949)
DIRECTOR OF LAW


/s/*Melissa Roberge*
MELISSA ROBERGE (#26230)
  SENIOR COUNSEL
BREANNE N. HATAWAY (#35174)
  ASSISTANT METROPOLITAN ATTORNEY
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
Melissa.Roberge@nashville.gov
Breanne.Hataway@nashville.gov
*Counsel for Metro*

/s/*R. Alex Thomason w/permission MSR*
Thomas N. Kerrick (KY #38265)
R. Alex Thomason (#36227)
KERRICK BACHERT, PSC
1025 State Street
Bowling Green, KY 42101
Tel: 270-782-8160
Fax: 270-782-5856
tkerrick@kerricklaw.com
athomason@kerricklaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing has been served via electronic mail to:

    Thomas N. Kerrick (KY #38265)
    R. Alex Thomason (#36227)
    KERRICK BACHERT, PSC
    1025 State Street
    Bowling Green, KY 42101
    Tel: 270-782-8160
    Fax: 270-782-5856
    tkerrick@kerricklaw.com
    athomason@kerricklaw.com
    *Attorneys for Plaintiff*

on this 6th day of December 2023.

                                          */s/ Melissa Roberge*
                                          Melissa Roberge