IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRAE CARDWELL, ) | |
| ) | |
| Plaintiff, ) | No. 3:23-cv-00433 |
| ) | |
| v. ) | |
| ) | JUDGE RICHARDSON |
| THE METROPOLITAN GOVERNMENT ) | |
| OF NASHVILLE AND DAVIDSON ) | |
| COUNTY, et al., ) | |
| Defendants. | |

## ORDER

The parties have filed a "Joint Stipulation of Dismissal" (Doc. No. 22, "Stipulation") of all claims between them in the matter "pursuant to Fed. R. Civ. P. 41(a)(1)(A)." Given that counsel for all parties who have appeared have signed the Stipulation, the Court construes the Stipulation as filed pursuant to Rule 41(a)(1)(A)(ii). Under Rule 41(a)(1)(A)(ii), the Stipulation suffices to dismiss this action without any action on the part of the Court. Because the parties have stated that the dismissal is with prejudice the dismissal in fact is with prejudice. The parties have further stipulated that each party is to bear their own costs, including discretionary costs.

The parties also ask the Court to amend its prior Order at Doc. No. 21, which dismissed without prejudice all claims against Defendant William Thomas ("Thomas"), to dismiss the claims against Thomas with prejudice.

Accordingly, the Court acknowledges that this action has been **DISMISSED** with prejudice. In addition, Plaintiff's claims against Thomas, which were dismissed without prejudice at Doc. No. 21, are hereby dismissed *with prejudice*. The Clerk is directed to enter judgment pursuant to Fed. R. Civ. P. 58 and close the file.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE