UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Trae Cardwell

                        Plaintiff,

v.                                   Case No.: 3:23−cv−00433

Metropolitan Government of Nashville and Davidson County, et al.

                        Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 12/7/2023 re [23].

                                                Lynda M. Hill
                                 s/ Annecia L Donigan, Deputy Clerk